IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL BLATCHFORD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | 3:21-CV-2971-K-BK |
| | § | |
| MCCARTHY BUILDING COMPANIES, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is REMANDED *sua sponte* to the 298th District Court of Dallas County, Texas, Cause No. DC-21-14935.

SO ORDERED.

Signed March 1st, 2022.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE